HONORABLE Thomas O. Rice

**Sean W. Carney, WSBA No. 41200**
Email: scarney@chartwelllaw.com
**Elissa M. Boyd, WSBA No. 50436**
Email: eboyd@chartwelllaw.com
The Chartwell Law Offices, LLP
7700 NE Parkway Drive, Suite 215
Vancouver, WA  98662
Telephone: (503) 886-8108
Facsimile: (503) 961-7864

*Attorneys for Plaintiff American Modern Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign company,<br><br>Plaintiff,<br>vs.<br><br>LACEY SULLIVAN and DANIEL SULLIVAN, a married couple, individually, and as natural guardians of INFANT SULLIVAN, a minor child, and RYAN YATES,<br><br>Defendants. | NO. 2:25-cv-00083-TOR<br><br>**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56 and LCivR 56(c)(1)(a), Plaintiff American Modern Property and Casualty Insurance Company ("American Modern") submits

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE I/S/O MOTION FOR PARTIAL SUMMARY JUDGMENT**

- 1 -

THE CHARTWELL LAW OFFICES, LLP
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
(503) 886-8108

the following Statement of Material Facts Not in Dispute in support of its Motion for Partial Summary Judgment:

1. The Underlying Complaint filed by Ryan Yates alleges that on or about July 7, 2024, he was a pedestrian on a public road near Seven Bays, WA when he was struck by a golf cart (the "Accident").

2. The Underlying Complaint alleges that the golf cart at issue was being driven by an eleven-year-old girl ("Infant Sullivan") who is the daughter of Defendants Lacey Sullivan and Daniel Sullivan (the "Sullivans").

3. The Underlying Complaint further alleges that "Defendants through common law, statute, regulation, and ordinance owed Plaintiff a duty to drive a motorized vehicle/golf cart attentively, yield the right-of-way, otherwise exercise ordinary and reasonable care while operating the motorized/electric golf cart, in the State of Washington. This duty included a duty to obey ***all relevant rules of the road*** pursuant to RCW 46.61 et. seq." (emphasis added).

4. Still further, the Underlying Complaint alleges that "[t[he defendants further owed a duty to plaintiff to not entrust a dangerous instrumentality to a minor child, to not allow a minor child to negligently and ***recklessly operate a motorized vehicle under the legal age on a roadway with pedestrians***, and to

otherwise fail to supervise the minor child while operating the golf cart." (emphasis added).

5. On or about September 20, 2024, an attorney representing Yates sent the Sullivans a summons and complaint (the "Underlying Complaint"). The Underlying Complaint alleged that Yates was injured in the Accident and is seeking damages from the Sullivans.

6. Previously, on or about March 25, 2024, American Modern issued a manufactured home insurance policy (no. 102-664-084 for the policy period of March 25, 2024 to March 25, 2025) to named insured Lacey Sullivan (the "Policy") providing coverage for a manufactured home located at 1105 Seven Bays Road in Seven Bays, WA.

7. American Modern is currently defending the Sullivans against the Underlying Complaint pursuant to a full and complete reservation of rights.

8. A true and accurate copy of the Underlying Complaint is attached as Exhibit A to the Declaration Of Sean Carney In Support Of Plaintiff's Motion For Partial Summary Judgment ("Declaration of Sean Carney").

9. A true and accurate copy of the Policy is attached as Exhibit B to the Declaration of Sean Carney.

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE I/S/O MOTION FOR PARTIAL SUMMARY JUDGMENT**

- 3 -

THE CHARTWELL LAW OFFICES, LLP
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
(503) 886-8108

10. A true and accurate copy of American Modern's reservation of rights letter to the Sullivans is attached as Exhibit C to the Declaration of Sean Carney.

DATED this 18th day of June, 2025.

        THE CHARTWELL LAW OFFICES, LLP

        By <u>/s/ Sean W. Carney</u>
            **Sean W. Carney, WSBA No. 41200**
            Email: scarney@chartwelllaw.com
            7700 NE Parkway Drive, Suite 215
            Vancouver, WA 98662
            Telephone:     (503) 886-8108
            Facsimile:     (503) 961-7864

        <u>/s/ Elissa M. Boyd</u>
        **Elissa M. Boyd, WSBA No. 50436**
        Email: eboyd@chartwelllaw.com
        7700 NE Parkway Drive, Suite 215
        Vancouver, WA 98662
        Telephone:     (503) 886-8108
        Facsimile:     (503) 961-7864

        *Attorneys for Plaintiff American Modern Property and Casualty Insurance Company*

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on 18th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

By <u>/s/ Sean W. Carney</u>
**Sean W. Carney, WSBA No. 41200**
Email: scarney@chartwelllaw.com
The Chartwell Law Offices, LLP
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
Telephone:     (503) 886-8108
Facsimile:     (503) 961-7864