FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

May 18, 2026

SEAN F. McAVOY, CLERK

AMERICAN MODERN PROPERTY
AND CASUALTY INSURANCE, a foreign company,

)
)
*Plaintiff*
)
v.
)
LACEY SULLIVAN and DANIEL SULLIVAN, a
married couple, individually, and as natural guardians
of INFANT SULLIVAN, a minor child, and RYAN
YATES,
)
)

Civil Action No.   2:25-CV-0083-TOR

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff's Motion for Entry of Judgment (ECF No. 15) is GRANTED.
Judgment in favor of American Modern Property and Casualty Insurance Company and declaring that it has no duty to
defend and no duty to indemnify Defendants Lacey Sullivan and Daniel Sullivan, a married couple, individually, and as
natural guardians of Infant Sullivan against Defendant Ryan Yates' Complaint in the underlying dispute.
All claims are dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas O. Rice

Date:  May 18, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*